| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bencivengo, Cathy A. | 2. Court or Organization US District Court, Southern District of California | 3. Date of Report 05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge | 5a. Report Type (check appropriate type) [✓] Nomination, Date 05/11/2011 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2010 to 05/08/2011 |
| 7. Chambers or Office Address U.S. Courthouse 940 Front Street San Diego, California 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Poway High School Music Boosters |
| 2. Member of Advisory Board | San Diego Chapter of Federal Bar Association |
| 3. Member of Board of Governors | San Diego Chapter of the Association of Business Trial Lawyers |
| 4. Director | Federal Magistrate Judges Association |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010-11 | Thermo Fisher Scientific - Salary & Commission |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benelvengo, Cathy A. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #2 (Edward Jones) | E | Dividend | N | T | Exempt | | | | |
| 2. -- Franklin Growth Fund (Y) | | | | | | | | | |
| 3. -- Franklin Mutual Beacon Fund (Y) | | | | | | | | | |
| 4. -- Franklin Mutual Discovery Fund (Y) | | | | | | | | | |
| 5. -- Franklin Small Mid Cap Growth (Y) | | | | | | | | | |
| 6. -- Growth Fund of America (Y) | | | | | | | | | |
| 7. -- Oppenheimer Develop Mkts (Y) | | | | | | | | | |
| 8. -- Oppenheimer Select Value (Y) | | | | | | | | | |
| 9. -- Edward Jones Cash Reserves | | | | | | | | | |
| 10. -- Capital World Grw & Inc Fund | | | | | | | | | |
| 11. -- Columbia Marsico Growth Fund | | | | | | | | | |
| 12. -- Columbia Small Cap Value II | | | | | | | | | |
| 13. --Dodge & Cox Income Fund | | | | | | | | | |
| 14. -- Dodge & Cox Stock Fund | | | | | | | | | |
| 15. -- Federated Kaufmann Small Cap | | | | | | | | | |
| 16. -- Fundamental Investors Fund | | | | | | | | | |
| 17. -- Hartford Cap Apprecation Fund | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Hotchkis & Wiley Mid Cap Val I | | | | | | | | | |
| 19. -- JPMorgan Core Bond Fund Select | | | | | | | | | |
| 20. -- Lomis Sayles Invt Grade Bd | | | | | | | | | |
| 21. -- MFS Value Fund | | | | | | | | | |
| 22. -- Munder Mid Cap Core Growth | | | | | | | | | |
| 23. -- Mutual Golbal Discovery Fund | | | | | | | | | |
| 24. -- Oppenheimer Intl Growth Fund | | | | | | | | | |
| 25. -- Van Kempen Comstock Fund | | | | | | | | | |
| 26. --JPM Fed Money Market Inst Cl | | | | | | | | | |
| 27. 401K #2 (Thermo Fisher) | A | Dividend | N | T | | | | | |
| 28. -- Dodge & Cox Stock | | | | | | | | | |
| 29. -- T. Rowe Price Retirement 2040 Fund | | | | | | | | | |
| 30. -- Thermo Fsher Scientific Inc. | | | | | | | | | |
| 31. -- Western Asset CR PL Bond I | | | | | | | | | |
| 32. Brokerage Acct. #1 | | | | | | | | | |
| 33. -- New World Growth Fund of America | A | Dividend | K | T | | | | | |
| 34. -- U.S. Govt. Securities Fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
N =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Benelvengo, Cathy A. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Brokerage Acct. #2 | | | | | | | | | |
| 36. -- Fundamental Investors | A | Dividend | L | T | | | | | |
| 37. -- New World Growth Fund of America | A | Dividend | K | T | | | | | |
| 38. Palomar Pomerado Health Muni Bonds | A | Interest | K | U | | | | | |
| 39. Money Market Charles Schwab | A | Interest | L | T | | | | | |
| 40. Brokerage Acct. #4 (Schwab) | | | | | | | | | |
| 41. --Columbia Seligman Comm & Info Fund | A | Dividend | J | T | | | | | |
| 42. -- Matthews Asian Growth & Inc Fund | A | Dividend | J | T | | | | | |
| 43. -- Munder Index 500 Fund | C | Dividend | K | T | | | | | |
| 44. --Oakmark Equity Income Fund | A | Dividend | J | T | | | | | |
| 45. -- Parnassus Equity Income | A | Dividend | J | T | | | | | |
| 46. -- Permanent Portfolio | A | Dividend | J | T | | | | | |
| 47. -- Reynolds Blue Chip | A | Dividend | K | T | | | | | |
| 48. -- Yacktman Focused Fund | A | Dividend | K | T | | | | | |
| 49. IRA #1 | A | Dividend | J | T | | | | | |
| 50. -- JDS Uniphase Corp. Common Stock | | | | | | | | | |
| 51. -- Fidelity Intl Discovery Mutual Fund | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000

F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000

N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Benelvengo, Cathy A. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Union Bank of California (Y) | A | Interest | | | | | | | |
| 53. IRA #3 (Schwab) | A | Dividend | K | T | | | | | |
| 54. -- Deposit Account/Cash Reserves | | | | | | | | | |
| 55. -- AIG Common Stock (Y) | | | | | | | | | |
| 56. -- GE Common Stock (Y) | | | | | | | | | |
| 57. -- Home Depot Common Stock (Y) | | | | | | | | | |
| 58. -- IBM Common Stock (Y) | | | | | | | | | |
| 59. -- J&J Common Stock (Y) | | | | | | | | | |
| 60. -- Microsoft Common Stock (Y) | | | | | | | | | |
| 61. -- Parnassus Equity Income | | | | | | | | | |
| 62. Brokerage #3 (Wells Fargo) | | | | | | | | | |
| 63. -- Intel Common Stock (Y) | A | Dividend | | | | | | | |
| 64. -- Microsoft Common Stock (Y) | A | Dividend | | | | | | | |
| 65. -- Munder Mutual Fund (Y) | A | Dividend | | | | | | | |
| 66. -- Cash Reserves (Y) | | None | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 45 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities – see schedule | | 9 | 333 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 216 | 074 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 287 | 329 |
| Real estate owned – personal residence | | 900 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 37 | 000 | Home equity line of credit | | 131 | 000 |
| Cash value-life insurance | | 5 | 429 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 418 | 329 |
| | | | | Net Worth | 1 | 794 | 507 |
| Total Assets | 2 | 212 | 836 | Total liabilities and net worth | 2 | 212 | 836 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, co-maker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |